UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:14CR330 RLW |
| WILLIAM HARRIS, | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence (ECF No. 27). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Terry I. Adelman, who filed a Report and Recommendation on February 24, 2015 (ECF No. 33). Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Adelman recommends that the Court deny Defendant's motion to suppress. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 33) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 27) is **DENIED**.

Dated this 13th day of March, 2015.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE